1  MELINDA L. HAAG, CSBN CA 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  TOVA D. WOLKING, CSBN 259782
   Special Assistant United States Attorney
5
6      333 Market Street, Suite 1500
       San Francisco, California 94105
7      Telephone: (415) 977-8980
       Facsimile: (415) 744-0134
8      E-Mail: Tova.Wolking@ssa.gov
9
   Attorneys for Defendant
10
11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13
14  CALVIN OSCAR CHENG FONG,       )   Case No. 3:11-cv-02432-CRB
                                   )
15         Plaintiff,              )   STIPULATION AND PROPOSED ORDER
                                   )   FOR REMAND PURSUANT TO
16      v.                         )   SENTENCE SIX OF 42 U.S.C. § 405(g)
                                   )
17  MICHAEL J. ASTRUE,             )
    Commissioner of Social Security,)
                                   )
18         Defendant.              )
                                   )
19
20
21
22      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with

23  the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for

24  further administrative proceedings pursuant to sentence six of section 205(g) of the Social Security

25  Act, 42 U.S.C. § 405(g).

26  ///

27  ///

28

Remand is required because the recording of the hearing held on November 17, 2008 is inaudible, resulting in an incomplete administrative record. Upon remand, the Commissioner will hold a *de novo* hearing.

Respectfully submitted,

DATE: *July 28, 2011*  MELINDA L. HAAG
United States Attorney

/s/ *Tova D. Wolking*
TOVA D. WOLKING
Special Assistant United States Attorney

Attorneys for Defendant

DATE: *July 28, 2011*  LAW OFFICES OF DAVID J. LINDEN

*/s/ David J. Linden\**
DAVID J. LINDEN
Attorney for the Plaintiff
(*By email authorization on July 27, 2011.)

ORDER

APPROVED AND SO ORDERED:

DATED: August 1, 2011

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Stip. & Proposed Order for Remand, 3:11-cv-02432-CRB  2