MELINDA L. HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

   160 Spear Street, Suite 800
   San Francisco, California  94105
   Telephone:  (415) 977-8975
   Facsimile:  (415) 744-0134
   E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALVIN OSCAR CHENG FONG,<br><br>   Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 3:11-cv-02432-CRB<br><br>ORDER OF DISMISSAL |

     Pursuant to the parties' stipulation to reopen this case for the purpose of entering a dismissal and the Court's order reopening the case, it is hereby ordered that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

Dated: May 20, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE